# FINANCIAL DISCLOSURE REPORT
## Initial Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting  (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dawson, Kent J. | U.S. District Court, Nevada | 04/07/2000 |

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ___ Nomination, Date  04/06/2000 <br> X  Initial     ___ Annual     ___ Final | 01/01/1999 <br> to <br> 03/30/2000 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 243 Water Street <br><br> Henderson, Nevada  89015 | <br> Reviewing Officer _____  Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | □ NONE (No reportable positions.) | |
| 1 | Justice of the Peace | Henderson Justice Court |
| 2 | Officer | Kent J. Dawson, Chtd., (A professional law corporation) |
| 3 | Manager/Member | 616 S. Third Street LLC |

## II. AGREEMENTS   (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | □ NONE (No reportable agreements.) | |
| 1 | 11/1/72 | Kent Dawson/Nevada Public Employees Retirement System - retirement plan w/former employer - no control |
| 2 | 2/1/95 | Kent Dawson, Chtd/Kent Dawson - Rental income and compensation for legal services rendered before becoming a judge. |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | □ NONE (No reportable non-investment income.) | | |
| 1 | 12/31/99 | County of Clark, Judicial Salary | $ 88,707.00 |
| 2 | 12/31/99 | Clark County School District (S), Teacher salary | $ 17,382.00 |
| 3 | 12/31/99 | Kent J. Dawson, Chtd., salary | $ 500.00 |
| 4 | 12/31/99 | City of Henderson, Nevada, Alternate Municipal Judge Compensation | $ 300.00 |

| | | | |
|---|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Dawson, Kent J. | | Date of Report<br>04/07/2000 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Community Bank of Nevada | Secured Loan | M |
| 2 | First Security Bank of Nevada | Credit Line | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 04/07/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 NetMed Stock (J) | | None | K | T | Exempt | | | | |
| 2 Vacant land, Brianhead, Utah (J) | | None | N | W | None | | | | |
| 3 Vacant land, Boulder Hway near Elliot Rd., Henderson, NV (J) | | None | M | W | None | | | | |
| 4 Rental property, 616 S. Third St., Las Vegas, NV (J) | D | Rent | M | W | None | | | | |
| 5 Vacant land, Tauranga, New Zealand (J) | | | L | W | None | | | | |
| 6 Building lots @Pico Rio & Polita Ct., Las Vegas, NV (J) | | None | P1 | W | Sold 1 lot | 10219 | M | F | Van Arsdale |
| 7 Vacant land, 25 acres, Owens & Los Feliz, Las Vegas, NV (J) | | None | O | W | None | | | | |
| 8 Vacant lot, Rancho@Blackridge, Henderson, NV (J) | | None | L | W | None | | | | |
| 9 Vacant lot Milan@Oslo, Henderson, NV (J) | | None | K | W | None | | | | |
| 10 Community Bank of Nevada (J) | C | Interest | L | T | | | | | |
| 11 Kent J. Dawson, Chtd. (J) | | None | L | W | Exempt | | | | |
| 12 KJD Irrevocable Trust (S) | | None | L | W | None | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dawson, Kent J. | 04/07/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

None.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dawson, Kent J. | 04/07/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

None.

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Manager/Member | 629 S. Casino Center LLC |
| 5 | Director | Henderson Chamber of Commerce |
| 6 | Officer | Multistate Properties, Inc. |
| 7 | Partner | Multistate Properties Partnership |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Dawson, Kent J. | 04/07/2000 |

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Manager/Member | 629 S. Casino Center LLC |
| 5 | Director | Henderson Chamber of Commerce |
| 6 | Officer | Multistate Properties, Inc. |
| 7 | Partner | Multistate Properties Partnership |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dawson, Kent J. | 04/07/2000 |

# IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____    Date 4/07/00

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544